**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Eleazar SANCHEZ–HERRERA,**
**Defendant–Appellant.**

**Nos. 09–30180, 09–30181.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 16, 2010.*

Filed April 1, 2010.

James Edmund Seykora, Esquire, Assistant U.S., USBI–Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Lisa Jeannine Bazant, Billings, MT, for Defendant–Appellant.

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

MEMORANDUM **

In these consolidated appeals, Eleazar Sanchez–Herrera appeals from the 66–month sentence imposed following his guilty-plea conviction for illegal reentry of deported alien, in violation of 8 U.S.C. § 1326(a), and conspiracy to possess with intent to distribute cocaine, in violation of 21 U.S.C. § 846. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Sanchez–Herrera contends that the district court procedurally erred and imposed a substantively unreasonable sentence by failing to discuss his individual and personal characteristics when imposing the sentence. The record shows that the district court considered the sentencing factors under 18 U.S.C. § 3553(a) and defense counsel's arguments when determining Sanchez–Herrera's sentence, and therefore did not procedurally err. *See Rita v. United States,* 551 U.S. 338, 356–59, 127 S.Ct. 2456, 168 L.Ed.2d 203 (2007); *United States v. Carty,* 520 F.3d 984, 991–92, 995 (9th Cir.2008) (en banc). Further, considering the totality of the circumstances, including the § 3553(a) sentencing factors, the district court's sentence was substantively reasonable. *See Carty,* 520 F.3d at 993.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.